IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02302-BNB

EFRAIN RAMIREZ-DELACRUZ,
  Applicant,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
  Respondents.




ORDER DISMISSING CASE

Applicant Efrain Ramirez-Delacruz initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 27, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Ramirez-Delacruz to show cause why this action should not be dismissed for failure to exhaust state court remedies. On December 14, 2007, Mr. Ramirez-Delacruz filed a "Response to Order to Show Cause" in which he asks the Court to dismiss the instant action without prejudice.

The Court must construe the response liberally because Mr. Ramirez-Delacruz is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the response liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of

dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Response to Order to Show Cause" filed on December 14, 2007, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of December 14, 2007, the date the motion was filed in this action.

DATED at Denver, Colorado, this 3 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02302-BNB

Efrain Ramirez-Delacruz
Reg. No. 93548
Sterling Correctional Facility
PO Box 6000
Unit 4C
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/04/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk